IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TREKEIA JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-255 |
| | ) |
| UNITED BIOSOURCE LLC d/b/a | ) |
| UNITED BIOSOURCE | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant United BioSource LLC ("Defendant"), files this Notice of Removal ("Notice") to the United States District Court for the Western District of Missouri, Western Division. Removal is proper based on the following grounds:

**I.     Facts**

1.     On or about March 22, 2022, Plaintiff Trekeia Jackson ("Plaintiff") initiated a civil action captioned *Trekeia Jackson v. United BioSource LLC d/b/a United BioSource Corporation*, Civil Action No. 2216-CV05577, in the Circuit Court of Jackson County, Missouri (the "State Court Action").

2.     Plaintiff's Petition alleges the following causes of action against Defendant: Count I - Disability Discrimination and Wrongful Termination in violation of the Missouri Human Rights Act ("MHRA"); Count II – Associational Disability Discrimination and Wrongful Termination in violation of the MHRA; Count III – Disability Discrimination and Wrongful Termination in violation of the Americans with Disabilities Act Amendments Act ("ADAAA"); Count IV –

Unlawful Retaliation in violation of the ADAAA; Count V – Associational Disability Discrimination and Wrongful Termination in violation of the ADAAA; Count VI – Unlawful Retaliation in violation of the Family and Medical Leave Act ("FMLA"); Count VII – Race Discrimination and Wrongful Termination in violation of the MHRA; Count VIII – Unlawful Retaliation in violation of the MHRA; Count IX – Race Discrimination and Wrongful Termination in violation of 42 U.S.C. § 1981; and Count X – Unlawful Retaliation in violation of 42 U.S.C. § 1981.

3. The Civil Cover Sheet associated with this Notice is attached hereto as <u>Exhibit A</u>.

4. True and correct copies of all the process, pleadings, and orders in the State Court Action that have been filed to date are attached hereto as <u>Exhibit B</u>.

5. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed on or before the first court day following thirty (30) days after service of process by Defendant. Defendant hereby acknowledges receipt of a copy of the state court summons and a Notice and Acknowledgment Receipt of Summons and Petition on or about March 23, 2022. *See* <u>Exhibit C</u>.

6. Defendant has not filed an Answer or other pleading in the State Court Action.

**II. This Court has Federal Question Jurisdiction.**

7. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331, which provides that federal courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States" ("Federal Question").

8. Plaintiff's Petition raises a Federal Question in that it expressly alleges that Defendant violated the ADAAA, FMLA, and 42 U.S.C. § 1981, which are laws of the United States. See Exhibit B, Petition at ¶¶ 1, 149-204, 234-261.

### III. Venue is appropriate in this Court.

9. Removal to this court is proper pursuant to 28 U.S.C. § 1441(a) because this Court is the federal district court embracing the Circuit Court of Jackson County, Missouri, where the State Court Action was filed. Removal to the Western Division of this Court is proper pursuant to Local Rule 3.2.

10. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff including but not limited to Plaintiff's failure to state any claims upon which relief may be granted.

11. A copy of this Notice of Removal and exhibits hereto have been served upon Plaintiff, and, together with a Notice of Filing of Removal, will be filed with the Clerk of the Circuit Court of Jackson County, Missouri.

WHEREFORE, Defendant prays that further proceedings in the Circuit Court of Jackson County, Missouri, be discontinued and that said Case Number 2216-CV05577, now pending in the Circuit Court of Jackson County, Missouri, be removed to the United States District Court for the Western District of Missouri, Western Division, and that such Court assume full jurisdiction of this action as provided by law.

Dated: April 20, 2022

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Kyle B. Russell*
Kyle B. Russell, MO Bar #52660
Phillip C. Thompson, MO Bar #69915
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Kyle.Russell@jacksonlewis.com
Phillip.Thompson@jacksonlewis.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of April 2022, a true copy of the foregoing Notice of Removal was filed with the Clerk of the Court using the CM/ECF system, with a copy sent via electronic mail, to the following counsel of record for Plaintiff:

Ryan M. Paulus
Jessica M. McDowell
CORNERSTONE LAW FIRM
5821 NW 72nd Street
Kansas City, Missouri 64151
r.paulus@cornerstonefirm.com
j.mcdowell@cornerstonefirm.com

**ATTORNEYS FOR PLAINTIFF**

                                              */s/ Kyle B. Russell*
                                              **AN ATTORNEY FOR DEFENDANT**